

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00425-CV

_____

SANDY RAMOS AND WILLIAM S. WATSON, Appellants

V.

VICTOR G. LARA, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-004698-1

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

After receiving a notice of appeal from each of the Appellants, we sent a letter on August 19, 2025, stating that we were concerned that we lack jurisdiction over Appellants' appeals. Our appellate jurisdiction is generally limited to review of final judgments and interlocutory orders that are made appealable by statute. *See, e.g.*, Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a); *CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011). Here, Appellants seek to appeal an August 13, 2025 "Order Authorizing Immediate Issuance of Writ of Possession." *See Leal v. SCG Lasses Townhomes, LLC*, No. 04-24-00241-CV, 2024 WL 2836630, at *1 (Tex. App.—San Antonio June 5, 2024, no pet.) (per curiam) (mem. op.). The challenged order specifies, "This is not a final order." The order thus does not appear to be a final judgment that disposes of all pending claims between the parties. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The order also does not appear to be an appealable interlocutory order, *see* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a), and the rules applicable to forcible-detainer suits do not otherwise provide a mechanism for the appeal of such an order. *See* Tex. R. Civ. P. 510.9(c)(5); *Leal*, 2024 WL 2836630, at *1.

In our August 19, 2025 letter, we stated that unless Appellants or any party desiring to continue the appeal filed with this court on or before August 29, 2025, a response showing grounds for continuing this appeal, this appeal could be dismissed for want of jurisdiction. Appellants did not file a response to our order.

Accordingly, we dismiss Appellants' appeals for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3; *Leal*, 2024 WL 2836630, at *1.

Per Curiam

Delivered: October 30, 2025